**IN THE FEDERAL DISTRICT COURT OF THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| Jane Doe,<br>Plaintiff, | ) | |
| | ) | Docket No. |
| v. | ) | |
| | ) | |
| Jeff Long in his role as Commissioner of the Department of Homeland Security<br>AND<br>Bill Lee in his role as Governor of the State of Tennessee<br>Defendants. | ) | |

**COMPLAINT AND CONSTITUTIONAL CHALLENGE TO STATUTE**

Comes now Plaintiff, by and through counsel, and Petitions this Honorable Court to strike down T.C.A. §68-3-203 as unconstitutional under the Fourteenth Amendment and 42 U.S. Code § 1983 and to allow her to amend her driver's license to include her amended sex as the sex in her license. To support her Complaint, Plaintiff would aver the following:

I. *Reasons for Filing Pseudonymously*

1. Plaintiff is a Male to Female Transgendered citizen of Knox County, Tennessee
2. Plaintiff is a forward facing employee at an organization
3. That her place of employment is supportive of her transition
4. That she does not want to subject her employer to terroristic threats
5. That this political climate is more tense than usual
6. That in a recent study by the Journal of the American Medical Association, 36 percent of trans people have suffered physical violence
7. That the Plaintiff is willing to submit documents to prove citizenship and venue, but would seek to keep it under seal
8. That no party would be harmed by allowing Plaintiff to continue pseudonymously

9. That Plaintiff believes that the facts are not in contention

10. That Plaintiff seeks to challenge the constitutionality of the statute, and that her identity is not central to the litigation.

*II. Facts*

11. That Plaintiff's original Illinois birth certificate listed her as male. (This exhibit can be made available under seal).

12. That on or about June 2026, Plaintiff obtained an order for a name change. (This exhibit can be made available under seal).

13. That on or about July 2026, Plaintiff changed her Illinois birth certificate to reflect her sex. (This exhibit can be made available under seal).

14. That on or about July 2026, Plaintiff attended the Knox County Department of Motor Vehicles to change her driver's license.

15. That she was told due to T.C.A. §68-3-203 that she would be unable to have her driver's license reflect her sex.

*III. Constitutional Question*

16. T.C.A. §68-3-203 violates the Fourteenth Amendment Due Process clause because she is unable to have her driver's license match her birth certificate due to her sex.

17. That T.C.A. §68-3-203 violates Article IV Section 1 of the United States Constitution, commonly known as the "Full Faith and Credit Clause", in that it does not honor the birth certificate issued by Illinois.

18. That the action of rejecting the driver's license violates 42 U.S. Code § 1983 in that Plaintiff has a right to a driver's license that mirrors her birth certificate, and that rejecting the driver's license is a violation of her civil rights.

*IV. Prayer*

Based on the above, Plaintiff prays this Honorable Court to do the following:

1) Have a hearing at its soonest convenience
2) At that hearing, rule that T.C.A. §68-3-203 is unconstitutional for the reasons enumerated above.
3) That the Court grant Plaintiff damages and attorney's fees in accordance with 42 U.S. Code § 1983.
4) Any other relief this Honorable Court finds just.

RESPECTFULLY SUBMITTED THIS 12th DAY OF October, 2026

Jane Doe

Jeremy Yuill, attorney for Plaintiff
Garland and Yuill
PO Box 541
Knoxville, TN 37901
(865)524-2934

Certificate of Service

I hereby certify that a true and correct copy of the above has been served upon the Department of Homeland Security at 312 Rosa L. Parks Avenue, Nashville, TN 37243 and the Governor at 1st Floor, State Capitol, 600 Dr. Martin Luther King Jr. Blvd., Nashville, TN 37243.

______________________________

STATE OF TENNESSEE )
)
COUNTY OF KNOX )

I hereby certify that the above has been filed not for frivolity nor for fraudulent purposes, but instead has been filed for the truth of the above.

Jane Doe
______________________________
Jane Doe

Freeman J. Hamilton
______________________________
Notary Public

9-5-2027
______________________________
My commission expires

FREEMAN J. HAMILTON
STATE OF TENNESSEE NOTARY PUBLIC
Comm. Exp. 9-5-2027
KNOX COUNTY